1 | PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
2 | ANDREW D. MUHLBACH (CA SBN 175694)
AMuhlbach@mofo.com
3 | HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California  94105-2482
Telephone:  415.268.7000
6 | Facsimile:  415.268.7522

*E-FILED - 5/17/11*

7 | *Attorneys for Defendant*
APPLE INC.

8

9 | KATHLEEN T. SOOY                             IRA P. ROTHKEN (CA SBN 1600290
ksooy@crowell.com                            ira@techfirm.com
10 | CROWELL & MORING LLP                    ROTHKEN LAW FIRM
1001 Pennsylvania, Avenue, N.W.              3 Hamilton Landing Ste 280
11 | Washington, DC 20004                         Novato, CA 94949
Telephone: (202) 624-2500                    Tel: 415-924-4250
12 | Facsimile: (202) 628-5116                    Fax: 415-924-2905

13

14 | *Attorneys for Defendant*                      *Co-Lead Counsel for Plaintiffs*
AT&T MOBILITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE 4 PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:  All Actions | Case No. 5:10-md-02188-RMW<br><br>JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE PENDING MEDIATION; [] ORDER<br><br>Current CMC Date: May 20, 2011<br>Current CMC Time: 10:30 a.m.<br>Courtroom 6, 4th Floor<br><br>Hon. Ronald M. Whyte |

JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE PENDING MEDIATION; [] ORDER

1

1  WHEREAS, the Court stayed all proceedings in this matter as to AT&T Mobility LLC
2  ("ATTM") pending the U.S. Supreme Court's disposition of *AT&T Mobility LLC v. Concepcion*,
3  No. 09-893.  *See* Doc. No. 12; and
4  WHEREAS, in light of the disposition of *Concepcion*, plaintiffs intend to file a dismissal without
5  prejudice as to ATTM; and
6  WHEREAS, plaintiffs and Apple, Inc. ("Apple") have scheduled mediation before Hon. Judge
7  Weinstein (Ret.) and Catherine Yanni of JAMS for June 23, 2011;
8  WHEREFORE, it is hereby stipulated, that the Case Management Conference currently set for
9  **May 20, 2011 at 10:30 a.m.** be continued for approximately sixty (60) days to **Friday, July 22,**
10 **2011 at 10:30 a.m.** or such later date as the Court determines to allow the parties to complete
11 mediation.
12 IT IS SO STIPULATED:
13 Dated: May 11, 2011                           MORRISON & FOERSTER LLP

15                                              By:  /s/ Penelope A. Preovolos
                                                     PENELOPE A. PREOVOLOS

17                                                   *Attorneys for Defendant*
                                                     APPLE INC.

                                                MORRISON & FOERSTER LLP
19                                              425 Market Street
                                                San Francisco, CA 94105
20                                              Tel: 415−268−7187
                                                Fax: 415−268−7522
21                                              Email: ppreovolos@mofo.com

JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE PENDING
MEDIATION; [] ORDER                                                                           2

| | | |
|---|---|---|
| 1 | Dated: May 11, 2011 | CROWELL & MORING LLP |

By:  /s/ Kathleen T. Sooy
       KATHLEEN T. SOOY

*Attorneys for Defendant*
AT&T MOBILITY LLC

CROWELL & MORING LLP
1001 Pennsylvania, Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: ksooy@crowell.com

Dated: May 11, 2011                    ROTHKEN LAW FIRM

By:  /s/ Ira P.Rothken
       IRA P. ROTHKEN

*Co-Lead Counsel for Plaintiffs*

ROTHKEN LAW FIRM
3 Hamilton Landing Ste 280
Novato, CA 94949
Tel: 415-924-4250
Fax: 415-924-2905
Email: ira@techfirm.com

**ORDER**

Pursuant to the stipulation of the parties and good cause showing, it is hereby ordered that that the Case Management Conference currently set for May 20, 2011 at 10:30 a.m. be continued sixty (60) days to Friday, July 22, 2011 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: __5/17/11_____        _Ronald M. Whyte_____
                                                    Honorable Ronald M. Whyte
                                                    UNITED STATES DISTRICT JUDGE

JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE PENDING MEDIATION; [] ORDER

3