1   PENELOPE A. PREOVOLOS (CA SBN 87607)
    (PPreovolos@mofo.com)
2   ANDREW D. MUHLBACH (CA SBN 175694)
    (AMuhlbach@mofo.com)
3   STUART C. PLUNKETT (CA SBN 187971)
    (SPlunkett@mofo.com)
4   HEATHER A. MOSER (CA SBN 212686)
    (HMoser@mofo.com)
5   MORRISON & FOERSTER LLP
    425 Market Street, 32nd Floor
6   San Francisco, California  94105-2482
    Telephone: 415.268.7000
7   Facsimile: 415.268.7522

8   Attorneys for Defendant
    APPLE INC.
9

IRA P. ROTHKEN (CA SBN 1600290)
(ira@techfirm.com)
ROTHKEN LAW FIRM
3 Hamilton Landing Ste 280
Novato, CA 94949
Tel: 415-924-4250
Fax: 415-924-2905

Co-Lead Counsel for Plaintiffs

*E-FILED - 7/21/11*

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  IN RE APPLE IPHONE 4 PRODUCTS         Case No. 5:10-md-02188-RMW
15  LIABILITY LITIGATION
                                          JOINT STIPULATION CONTINUING
16  This Document Relates To: All Actions  CASE MANAGEMENT
                                          CONFERENCE; [] ORDER
17

18                                        Hon. Ronald M. Whyte

19

20

21

22

23

24

25

26

27

28

1     Plaintiffs and defendant Apple Inc. ("Apple"), by and through their respective counsel,

2  hereby stipulate as follows:

3     WHEREAS, a Case Management Conference is scheduled in this matter for July 22,

4  2011;

5     WHEREAS, the parties have participated in two mediation sessions on June 23, 2011 and

6  July 13, 2011, with the Hon. Daniel Weinstein (Ret.) and Catherine A. Yanni, Esq. of JAMS;

7     WHEREAS, the mediation sessions were conducted in good faith and the parties made

8  substantial progress toward a possible resolution;

9     WHEREAS, the parties are in the process of scheduling a third mediation session with

10  Judge Weinstein and Ms. Yanni;

11     THEREFORE, the parties stipulate and respectfully request that the Court issue an Order

12  as follows:

13     1.     The Case Management Conference in this matter, scheduled for July 22, 2011 at

14  10:30 a.m., is continued until August 26, 2011 at 10:30 a.m.

15     2.     The parties shall submit a Joint Case Management Conference Statement by

16  August 19, 2011.

17     IT IS SO STIPULATED.

18
19  Dated:  July 15, 2011                      PENELOPE A. PREOVOLOS
                                               ANDREW D. MUHLBACH
20                                             STUART C. PLUNKETT
                                               HEATHER A. MOSER
21                                             MORRISON & FOERSTER LLP

22
23                                             By:   /s/ Penelope A. Preovolos
                                                     PENELOPE A. PREOVOLOS
24
                                               Attorneys for Defendant
25                                             APPLE INC.

26

27

28

1    Dated: July 15, 2011                    IRA P. ROTHKEN
                                            ROTHKEN LAW FIRM
2

3
                                     By:    /s/ Ira P. Rothken
4                                           IRA P. ROTHKEN

5                                           Co-Lead Counsel for Plaintiffs

6

7         I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file
     this Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that I have on
8    file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this
     efiled document.
9

10                                   By:    /s/ Penelope A. Preovolos
                                            PENELOPE A. PREOVOLOS
11

12

13

14

15        PURSUANT TO STIPULATION, IT IS SO ORDERED.

16   Date:  7/21/11

17                                          Ronald M. Whyte

18                                          Hon. Ronald M. Whyte
                                            United States District Judge
19

20

21

22

23

24

25

26

27

28