| | |
|---|---|
| Ira P. Rothken (State Bar No. 160029)<br>ROTHKEN LAW FIRM<br>3 Hamilton Landing, Ste 280<br>Novato, CA 94949<br>Telephone: (415) 924-4250<br>Facsimile: (415) 924-2905<br><br>Jennifer Sarnelli (State Bar No. 242510)<br>GARDY & NOTIS, LLP<br>560 Sylvan Avenue<br>Englewood Cliffs, NJ 07632<br>Telephone: (201) 567-7377<br>Facsimile: (201) 567-7337<br><br>Behram V. Parekh (State Bar No. 180361)<br>KIRTLAND & PACKARD LLP<br>2361 Rosecrans Avenue<br>Fourth Floor<br>El Segundo, CA 90245<br>Telephone: (310) 536-1000<br>Facsimile: (310) 536-1001<br><br>Mark Dearman<br>Stuart A. Davidson (State Bar No. 084824)<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: (561) 750-3000<br>Facsimile: (561) 750-3364<br><br>Interim Co-Lead Class Counsel | PENELOPE A. PREOVOLOS (CA SBN 87607)<br>(PPreovolos@mofo.com)<br>ANDREW D. MUHLBACH (CA SBN 175694)<br>(AMuhlbach@mofo.com)<br>STUART C. PLUNKETT (CA SBN 187971)<br>(SPlunkett@mofo.com)<br>MORRISON & FOERSTER LLP<br>425 Market Street, 32nd Floor<br>San Francisco, California  94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Defendant<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE iPHONE 4 PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:  All Actions | Case No. 5:10-md-02188-RMW<br><br>**JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [] ORDER**<br><br>The Honorable Ronald M. Whyte |

Plaintiffs and defendant Apple Inc. ("Apple"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, a Case Management Conference is scheduled in this matter for August 26, 2011;

WHEREAS, the parties have participated in three mediation sessions on June 23, 2011, July 13, 2011, and August 4, 2011 with the Hon. Daniel Weinstein (Ret.) and Catherine A. Yanni, Esq. of JAMS;

WHEREAS, the mediation sessions were conducted in good faith and the parties have made substantial progress toward a resolution;

WHEREAS, the mediators and the parties are continuing to work to reach a resolution;

THEREFORE, the parties stipulate and respectfully request that the Court issue an Order as follows:

The Case Management Conference in this matter, scheduled for August 26, 2011 at 10:30 a.m., is continued until September 9, 2011 at 10:30 a.m.

IT IS SO STIPULATED.

Dated: August 18, 2011

ROTHKEN LAW FIRM

By: /s/ Ira P. Rothken
    IRA P. ROTHKEN

3 Hamilton Landing Ste 280
Novato, CA 94949
Tel: 415-924-4250
Fax: 415-924-2905
Email: ira@techfirm.com

| | |
|---|---|
| Dated: August 18, 2011 | GARDY & NOTIS LLP |
| | |
| | By: /s/ Jennifer Sarnelli |
| | JENNIFER SARNELLI |
| | |
| | 560 Sylvan Avenue |
| | Englewood Cliffs, NJ 07632 |
| | Tel: 201-567-7377 |
| | Fax: 201-567-7337 |
| | Email: jsarnelli@gardylaw.com |
| | |
| Dated: August 18, 2011 | KIRTLAND & PACKARD LLP |
| | |
| | By: /s/ Behram V. Parekh |
| | BEHRAM V. PAREKH |
| | |
| | 2361 Rosecrans Avenue, Fourth Floor |
| | El Segundo, CA 90245 |
| | Tel: 310-536-1000 |
| | Fax: 310-536-1001 |
| | Email: bvp@kirtlandpackard.com |
| | |
| Dated: August 18, 2011 | ROBBINS GELLER RUDMAN & DOWD LLP |
| | |
| | By: /s/ Mark Dearman |
| | MARK DEARMAN |
| | |
| | 120 E. Palmetto Road, Suite 500 |
| | Boca Raton, FL 33432 |
| | Tel: 561-750-3000 |
| | Fax: 561-750-3364 |
| | Email: sdavidson@rgrdlaw.com |
| | |
| | *Interim Co-Lead Class Counsel* |

| | | |
|---|---|---|
| 1 | Dated: August 18, 2011 | MORRISON & FOERSTER LLP |

By: /s/ Penelope A. Preovolos
    PENELOPE A. PREOVOLOS

425 Market Street
San Francisco, CA 94105
Tel: 415-268-7187
Fax: 415-268-7522
Email: ppreovolos@mofo.com

*Attorneys for Defendant: APPLE INC.*

    I, Penelope A. Preovolos am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:   /s/ Penelope A. Preovolos
      PENELOPE A. PREOVOLOS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: : 14 5 13 3

*/s/ Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [ ] ORDER
Case No. 5:10-md-02188-RMW
sf-3035105

3