| | |
|---|---|
| Ira P. Rothken (State Bar No. 160029)<br>ROTHKEN LAW FIRM<br>3 Hamilton Landing, Ste 280<br>Novato, CA 94949<br>Telephone: (415) 924-4250<br>Facsimile: (415) 924-2905<br><br>Jennifer Sarnelli (State Bar No. 242510)<br>GARDY & NOTIS, LLP<br>560 Sylvan Avenue<br>Englewood Cliffs, NJ 07632<br>Telephone: (201) 567-7377<br>Facsimile: (201) 567-7337<br><br>Behram V. Parekh (State Bar No. 180361)<br>KIRTLAND & PACKARD LLP<br>2361 Rosecrans Avenue<br>Fourth Floor<br>El Segundo, CA 90245<br>Telephone: (310) 536-1000<br>Facsimile: (310) 536-1001<br><br>Mark Dearman<br>Stuart A. Davidson (State Bar No. 084824)<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: (561) 750-3000<br>Facsimile: (561) 750-3364<br><br>Interim Co-Lead Class Counsel | PENELOPE A. PREOVOLOS (CA SBN 87607)<br>(PPreovolos@mofo.com)<br>ANDREW D. MUHLBACH (CA SBN 175694)<br>(AMuhlbach@mofo.com)<br>STUART C. PLUNKETT (CA SBN 187971)<br>(SPlunkett@mofo.com)<br>MORRISON & FOERSTER LLP<br>425 Market Street, 32nd Floor<br>San Francisco, California  94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Defendant<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE iPHONE 4 PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:  All Actions | Case No. 5:10-md-02188-RMW<br><br>**JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [] ORDER**<br><br>The Honorable Ronald M. Whyte |

JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [] ORDER
Case No. 5:10-md-02188-RMW
sf-3035105

1  Plaintiffs and defendant Apple Inc. ("Apple"), by and through their respective counsel,
2  hereby stipulate as follows:
3  WHEREAS, a Case Management Conference is scheduled in this matter for September 9,
4  2011;
5  WHEREAS, the parties have participated in three mediation sessions on June 23, 2011,
6  July 13, 2011, and August 4, 2011 with the Hon. Daniel Weinstein (Ret.) and Catherine A. Yanni,
7  Esq. of JAMS;
8  WHEREAS, the mediation sessions were conducted in good faith and the parties have
9  made substantial progress toward a resolution;
10  WHEREAS, the mediators and the parties are continuing to work to reach a resolution;
11  THEREFORE, the parties stipulate and respectfully request that the Court issue an Order
12  as follows:
13  The Case Management Conference in this matter, scheduled for September 9, 2011 at
14  10:30 a.m., is continued until September 30, 2011 at 10:30 a.m.
15  IT IS SO STIPULATED.

Dated: September 2, 2011

ROTHKEN LAW FIRM

By: /s/ Ira P. Rothken
    IRA P. ROTHKEN

3 Hamilton Landing Ste 280
Novato, CA 94949
Tel: 415-924-4250
Fax: 415-924-2905
Email: ira@techfirm.com

JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [] ORDER   1
Case No. 5:10-md-02188-RMW
sf-3041586

| | | |
|---|---|---|
| 1 | Dated: September 2, 2011 | GARDY & NOTIS LLP |
| 2 | | |
| 3 | | By: /s/ Jennifer Sarnelli |
| | | JENNIFER SARNELLI |
| 4 | | |
| | | 560 Sylvan Avenue |
| 5 | | Englewood Cliffs, NJ 07632 |
| | | Tel: 201-567-7377 |
| 6 | | Fax: 201-567-7337 |
| | | Email: jsarnelli@gardylaw.com |
| 7 | | |
| 8 | Dated: September 2, 2011 | KIRTLAND & PACKARD LLP |
| 9 | | |
| 10 | | By: /s/ Behram V. Parekh |
| | | BEHRAM V. PAREKH |
| 11 | | |
| | | 2361 Rosecrans Avenue, Fourth Floor |
| 12 | | El Segundo, CA 90245 |
| | | Tel: 310-536-1000 |
| 13 | | Fax: 310-536-1001 |
| | | Email: bvp@kirtlandpackard.com |
| 14 | | |
| 15 | Dated: September 2, 2011 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 16 | | By: /s/ Mark Dearman |
| | | MARK DEARMAN |
| 17 | | |
| 18 | | 120 E. Palmetto Road, Suite 500 |
| | | Boca Raton, FL 33432 |
| | | Tel: 561-750-3000 |
| 19 | | Fax: 561-750-3364 |
| | | Email: sdavidson@rgrdlaw.com |
| 20 | | |
| | | *Interim Co-Lead Class Counsel* |

JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [] ORDER
Case No. 5:10-md-02188-RMW
sf-3041586

2

| | | |
|---|---|---|
| 1 | Dated: September 2, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  /s/ Penelope A. Preovolos |
| | | PENELOPE A. PREOVOLOS |
| 4 | | |
| 5 | | 425 Market Street |
| | | San Francisco, CA 94105 |
| 6 | | Tel: 415-268-7187 |
| | | Fax: 415-268-7522 |
| 7 | | Email: ppreovolos@mofo.com |
| 8 | | *Attorneys for Defendant: APPLE INC.* |

   I, Penelope A. Preovolos am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:    /s/ Penelope A. Preovolos
         PENELOPE A. PREOVOLOS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  JDEF

*Ronald M. Whyte*
———————————————
Hon. Ronald M. Whyte
United States District Judge

JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [ ] ORDER
Case No. 5:10-md-02188-RMW
sf-3041586

3