| | |
|---|---|
| 1  Ira P. Rothken (State Bar No. 160029)<br>    ROTHKEN LAW FIRM | PENELOPE A. PREOVOLOS (CA SBN 87607)<br>(PPreovolos@mofo.com) |
| 2  3 Hamilton Landing, Ste 280<br>    Novato, CA 94949 | ANDREW D. MUHLBACH (CA SBN 175694)<br>(AMuhlbach@mofo.com) |
| 3  Telephone: (415) 924-4250<br>    Facsimile: (415) 924-2905 | STUART C. PLUNKETT (CA SBN 187971)<br>(SPlunkett@mofo.com) |
| 4   | MORRISON & FOERSTER LLP |
|    Jennifer Sarnelli (State Bar No. 242510) | 425 Market Street, 32nd Floor |
| 5  GARDY & NOTIS, LLP<br>    560 Sylvan Avenue | San Francisco, California  94105-2482<br>Telephone: 415.268.7000 |
| 6  Englewood Cliffs, NJ 07632 | Facsimile: 415.268.7522 |
|    Telephone: (201) 567-7377 | |
| 7  Facsimile: (201) 567-7337 | Attorneys for Defendant<br>APPLE INC. |

8   Behram V. Parekh (State Bar No. 180361)
    KIRTLAND & PACKARD LLP
9   2361 Rosecrans Avenue
    Fourth Floor
10  El Segundo, CA 90245
    Telephone: (310) 536-1000
11  Facsimile: (310) 536-1001

12  Mark Dearman
    Stuart A. Davidson (State Bar No. 084824)
13  ROBBINS GELLER RUDMAN & DOWD
    LLP
14  120 E. Palmetto Park Road, Suite 500
    Boca Raton, FL 33432
15  Telephone: (561) 750-3000
    Facsimile: (561) 750-3364
16
    Interim Co-Lead Class Counsel
17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                     SAN JOSE DIVISION

21

| | |
|---|---|
| 22  IN RE APPLE iPHONE 4 PRODUCTS<br>    LIABILITY LITIGATION | Case No. 5:10-md-02188-RMW |
| 23  | |
| 24  This Document Relates To:  All Actions | **JOINT STIPULATION**<br>**CONTINUING CASE**<br>**MANAGEMENT CONFERENCE;**<br>**[] ORDER** |
| 25  | |
| 26  | |
| 27  | The Honorable Ronald M. Whyte |
| 28  | |

JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [] ORDER
Case No. 5:10-md-02188-RMW
sf-3050645

1  Plaintiffs and defendant Apple Inc. ("Apple"), by and through their respective counsel,
2  hereby stipulate as follows:
3  WHEREAS, a Case Management Conference is scheduled in this matter for September
4  30, 2011;
5  WHEREAS, the parties have participated in three mediation sessions on June 23, 2011,
6  July 13, 2011, and August 4, 2011 with the Hon. Daniel Weinstein (Ret.) and Catherine A. Yanni,
7  Esq. of JAMS;
8  WHEREAS, the mediation sessions were conducted in good faith and the parties have
9  made substantial progress toward a resolution;
10  WHEREAS, the mediators and the parties are continuing to work to reach a resolution;
11  THEREFORE, the parties stipulate and respectfully request that the Court issue an Order
12  as follows:
13  The Case Management Conference in this matter, scheduled for September 30, 2011 at
14  10:30 a.m., is continued until October 28, 2011 at 10:30 a.m.
15  IT IS SO STIPULATED.

Dated: September 27, 2011        ROTHKEN LAW FIRM

By:  /s/ Ira P. Rothken
     IRA P. ROTHKEN

3 Hamilton Landing Ste 280
Novato, CA 94949
Tel: 415-924-4250
Fax: 415-924-2905
Email: ira@techfirm.com

| | | |
|---|---|---|
| 1 | Dated: September 27, 2011 | GARDY & NOTIS LLP |
| 2 | | |
| 3 | | By:  /s/ Jennifer Sarnelli<br>JENNIFER SARNELLI |
| 4 | | 560 Sylvan Avenue |
| 5 | | Englewood Cliffs, NJ 07632<br>Tel: 201-567-7377 |
| 6 | | Fax: 201-567-7337<br>Email: jsarnelli@gardylaw.com |
| 7 | | |
| 8 | Dated: September 27, 2011 | KIRTLAND & PACKARD LLP |
| 9 | | |
| 10 | | By:  /s/ Behram V. Parekh<br>BEHRAM V. PAREKH |
| 11 | | 2361 Rosecrans Avenue, Fourth Floor |
| 12 | | El Segundo, CA 90245<br>Tel: 310-536-1000 |
| 13 | | Fax: 310-536-1001<br>Email: bvp@kirtlandpackard.com |
| 14 | | |
| 15 | Dated: September 27, 2011 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 16 | | By:  /s/ Mark Dearman<br>MARK DEARMAN |
| 17 | | 120 E. Palmetto Road, Suite 500 |
| 18 | | Boca Raton, FL 33432<br>Tel: 561-750-3000 |
| 19 | | Fax: 561-750-3364<br>Email: sdavidson@rgrdlaw.com |
| 20 | | *Interim Co-Lead Class Counsel* |

| | | |
|---|---|---|
| 1 | Dated: September 27, 2011 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ Penelope A. Preovolos |
| | | PENELOPE A. PREOVOLOS |
| 4 | | |
| 5 | | 425 Market Street |
| | | San Francisco, CA 94105 |
| 6 | | Tel: 415−268−7187 |
| | | Fax: 415−268−7522 |
| 7 | | Email: ppreovolos@mofo.com |
| 8 | | *Attorneys for Defendant: APPLE INC.* |

11    I, Penelope A. Preovolos am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                By:    /s/ Penelope A. Preovolos
                        PENELOPE A. PREOVOLOS

18    PURSUANT TO STIPULATION, IT IS SO ORDERED.

19    Date: JBGJBF F

                        *Ronald M. Whyte* (signature)
                        Hon. Ronald M. Whyte
                        United States District Judge