1   Ira P. Rothken (State Bar No. 160029)
    ROTHKEN LAW FIRM
2   3 Hamilton Landing, Ste 280
    Novato, CA 94949
3   Telephone: (415) 924-4250
    Facsimile: (415) 924-2905
4
    Jennifer Sarnelli (State Bar No. 242510)
5   GARDY & NOTIS, LLP
    560 Sylvan Avenue
6   Englewood Cliffs, NJ 07632
    Telephone: (201) 567-7377
7   Facsimile: (201) 567-7337

8   Behram V. Parekh (State Bar No. 180361)
    KIRTLAND & PACKARD LLP
9   2361 Rosecrans Avenue
    Fourth Floor
10  El Segundo, CA 90245
    Telephone: (310) 536-1000
11  Facsimile: (310) 536-1001

12  Mark Dearman
    Stuart A. Davidson (State Bar No. 084824)
13  ROBBINS GELLER RUDMAN & DOWD
    LLP
14  120 E. Palmetto Park Road, Suite 500
    Boca Raton, FL 33432
15  Telephone: (561) 750-3000
    Facsimile: (561) 750-3364
16
    Interim Co-Lead Class Counsel
17

PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
STUART C. PLUNKETT (CA SBN 187971)
(SPlunkett@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

==E-FILED==

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                    SAN JOSE DIVISION

21

22  IN RE APPLE iPHONE 4 PRODUCTS            Case No. 5:10-md-02188-RMW
    LIABILITY LITIGATION
23
                                             **JOINT STIPULATION
24  This Document Relates To:  All Actions   CONTINUING CASE
                                             MANAGEMENT CONFERENCE;
25                                           [] ORDER**

26
                                             The Honorable Ronald M. Whyte
27

28

    JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [] ORDER
    Case No. 5:10-md-02188-RMW
    sf-3050645

1    Plaintiffs and defendant Apple Inc. ("Apple"), by and through their respective counsel,

2    hereby stipulate as follows:

3    WHEREAS, a Case Management Conference is scheduled in this matter for September

4    30, 2011;

5    WHEREAS, the parties have participated in three mediation sessions on June 23, 2011,

6    July 13, 2011, and August 4, 2011 with the Hon. Daniel Weinstein (Ret.) and Catherine A. Yanni,

7    Esq. of JAMS;

8    WHEREAS, the mediation sessions were conducted in good faith and the parties have

9    made substantial progress toward a resolution;

10    WHEREAS, the mediators and the parties are continuing to work to reach a resolution;

11    THEREFORE, the parties stipulate and respectfully request that the Court issue an Order

12    as follows:

13    The Case Management Conference in this matter, scheduled for September 30, 2011 at

14    10:30 a.m., is continued until October 28, 2011 at 10:30 a.m.

15    IT IS SO STIPULATED.

16

17
     Dated: September 27, 2011          ROTHKEN LAW FIRM
18
                                        By:  /s/ Ira P. Rothken
19                                           IRA P. ROTHKEN

20                                      3 Hamilton Landing Ste 280
                                        Novato, CA 94949
21                                      Tel: 415-924-4250
                                        Fax: 415-924-2905
22                                      Email: ira@techfirm.com

23

24

25

26

27

28

JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [] ORDER          1
Case No. 5:10-md-02188-RMW
sf-3050645

1

Dated: September 27, 2011            GARDY & NOTIS LLP

2

By:  /s/ Jennifer Sarnelli

3              JENNIFER SARNELLI

4              560 Sylvan Avenue
             Englewood Cliffs, NJ 07632

5            Tel: 201-567-7377
             Fax: 201-567-7337

6            Email: jsarnelli@gardylaw.com

7

Dated: September 27, 2011            KIRTLAND & PACKARD LLP

8

9            By:  /s/ Behram V. Parekh

10              BEHRAM V. PAREKH

11           2361 Rosecrans Avenue, Fourth Floor
             El Segundo, CA 90245

12           Tel: 310-536-1000
             Fax: 310-536-1001

13           Email: bvp@kirtlandpackard.com

14

Dated: September 27, 2011            ROBBINS GELLER RUDMAN & DOWD LLP

15

By:  /s/ Mark Dearman

16              MARK DEARMAN

17           120 E. Palmetto Road, Suite 500
             Boca Raton, FL 33432

18           Tel: 561-750-3000
             Fax: 561-750-3364

19           Email: sdavidson@rgrdlaw.com

20           *Interim Co-Lead Class Counsel*

21

22

23

24

25

26

27

28

JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [] ORDER          2
Case No. 5:10-md-02188-RMW
sf-3050645

1  Dated: September 27, 2011          MORRISON & FOERSTER LLP

2

3                                     By:  /s/ Penelope A. Preovolos
                                          PENELOPE A. PREOVOLOS
4

5                                     425 Market Street
                                      San Francisco, CA 94105
6                                     Tel: 415−268−7187
                                      Fax: 415−268−7522
7                                     Email: ppreovolos@mofo.com

8                                     *Attorneys for Defendant: APPLE INC.*

9

10

11        I, Penelope A. Preovolos am the ECF User whose ID and password are being used to file
this Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that I have on
file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this
12  efiled document.

13

14                                    By:    /s/ Penelope A. Preovolos
                                          PENELOPE A. PREOVOLOS

15

16

17

18        PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  Date: JEGJEFF

20                                    *Ronald M. Whyte*
                                      Hon. Ronald M. Whyte
21                                    United States District Judge

22

23

24

25

26

27

28