| | |
|---|---|
| Ira P. Rothken (State Bar No. 160029)<br>ROTHKEN LAW FIRM<br>3 Hamilton Landing, Ste 280<br>Novato, CA 94949<br>Telephone: (415) 924-4250<br>Facsimile: (415) 924-2905<br><br>Jennifer Sarnelli (State Bar No. 242510)<br>GARDY & NOTIS, LLP<br>560 Sylvan Avenue<br>Englewood Cliffs, NJ 07632<br>Telephone: (201) 567-7377<br>Facsimile: (201) 567-7337<br><br>Behram V. Parekh (State Bar No. 180361)<br>KIRTLAND & PACKARD LLP<br>2361 Rosecrans Avenue<br>Fourth Floor<br>El Segundo, CA 90245<br>Telephone: (310) 536-1000<br>Facsimile: (310) 536-1001<br><br>Mark Dearman<br>Stuart A. Davidson (State Bar No. 084824)<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: (561) 750-3000<br>Facsimile: (561) 750-3364<br><br>Interim Co-Lead Class Counsel | PENELOPE A. PREOVOLOS (CA SBN 87607)<br>(PPreovolos@mofo.com)<br>ANDREW D. MUHLBACH (CA SBN 175694)<br>(AMuhlbach@mofo.com)<br>STUART C. PLUNKETT (CA SBN 187971)<br>(SPlunkett@mofo.com)<br>MORRISON & FOERSTER LLP<br>425 Market Street, 32nd Floor<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Defendant<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE iPHONE 4 PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: All Actions | Case No. 5:10-md-02188-RMW<br><br>**JOINT STIPULATION TAKING CASE MANAGEMENT CONFERENCE OFF CALENDAR; [] ORDER**<br><br>The Honorable Ronald M. Whyte |

JOINT STIPULATION REMOVING CMC FROM CALENDAR; [] ORDER
Case No. 5:10-md-02188-RMW
sf-3061356

1     Plaintiffs and defendant Apple Inc. ("Apple"), by and through their respective counsel, hereby stipulate that the Case Management Conference scheduled in this matter for October 28, 2011 shall be taken off calendar.

IT IS SO STIPULATED.

| Dated: October 21, 2011 | ROTHKEN LAW FIRM |
|---|---|
| | By: /s/ Ira P. Rothken |
| |     IRA P. ROTHKEN |
| | 3 Hamilton Landing Ste 280 |
| | Novato, CA 94949 |
| | Tel: 415-924-4250 |
| | Fax: 415-924-2905 |
| | Email: ira@techfirm.com |
| Dated: October 21, 2011 | GARDY & NOTIS LLP |
| | By: /s/ Jennifer Sarnelli |
| |     JENNIFER SARNELLI |
| | 560 Sylvan Avenue |
| | Englewood Cliffs, NJ 07632 |
| | Tel: 201-567-7377 |
| | Fax: 201-567-7337 |
| | Email: jsarnelli@gardylaw.com |
| Dated: October 21, 2011 | KIRTLAND & PACKARD LLP |
| | By: /s/ Behram V. Parekh |
| |     BEHRAM V. PAREKH |
| | 2361 Rosecrans Avenue, Fourth Floor |
| | El Segundo, CA 90245 |
| | Tel: 310-536-1000 |
| | Fax: 310-536-1001 |
| | Email: bvp@kirtlandpackard.com |

| | | |
|---|---|---|
| 1 | Dated: October 21, 2011 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | | By:  /s/ Mark Dearman |
| 3 | | MARK DEARMAN |

120 E. Palmetto Road, Suite 500
Boca Raton, FL 33432
Tel: 561-750-3000
Fax: 561-750-3364
Email: sdavidson@rgrdlaw.com

*Interim Co-Lead Class Counsel*

Dated: October 21, 2011    MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
     PENELOPE A. PREOVOLOS

425 Market Street
San Francisco, CA 94105
Tel: 415−268−7187
Fax: 415−268−7522
Email: ppreovolos@mofo.com

*Attorneys for Defendant: APPLE INC.*

I, Penelope A. Preovolos am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:   /s/ Penelope A. Preovolos
      PENELOPE A. PREOVOLOS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: F€B̈ ⊞F

*/s/ Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

JOINT STIPULATION REMOVING CMC FROM CALENDAR; [] ORDER
Case No. 5:10-md-02188-RMW
sf-3061356

2