| | |
|---|---|
| 1  Ira P. Rothken (State Bar No. 160029)<br>   ROTHKEN LAW FIRM<br>2  3 Hamilton Landing, Ste 280<br>   Novato, CA 94949<br>3  Telephone: (415) 924-4250<br>   Facsimile: (415) 924-2905<br>4<br>   Jennifer Sarnelli (State Bar No. 242510)<br>5  GARDY & NOTIS, LLP<br>   560 Sylvan Avenue<br>6  Englewood Cliffs, NJ 07632<br>   Telephone: (201) 567-7377<br>7  Facsimile: (201) 567-7337 | PENELOPE A. PREOVOLOS (CA SBN 87607)<br>(PPreovolos@mofo.com)<br>ANDREW D. MUHLBACH (CA SBN 175694)<br>(AMuhlbach@mofo.com)<br>STUART C. PLUNKETT (CA SBN 187971)<br>(SPlunkett@mofo.com)<br>MORRISON & FOERSTER LLP<br>425 Market Street, 32nd Floor<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Defendant<br>APPLE INC. |

Behram V. Parekh (State Bar No. 180361)
KIRTLAND & PACKARD LLP
2361 Rosecrans Avenue
Fourth Floor
El Segundo, CA 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

Mark Dearman
Stuart A. Davidson (State Bar No. 084824)
ROBBINS GELLER RUDMAN & DOWD LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE iPHONE 4 PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: All Actions | Case No. 5:10-md-02188-RMW<br><br>**JOINT STIPULATION TAKING CASE MANAGEMENT CONFERENCE OFF CALENDAR; [] ORDER**<br><br>The Honorable Ronald M. Whyte |

JOINT STIPULATION REMOVING CMC FROM CALENDAR; [] ORDER
Case No. 5:10-md-02188-RMW
sf-3061356

1    Plaintiffs and defendant Apple Inc. ("Apple"), by and through their respective counsel,
2 hereby stipulate that the Case Management Conference scheduled in this matter for October 28,
3 2011 shall be taken off calendar.

5 IT IS SO STIPULATED.

7 Dated: October 21, 2011         ROTHKEN LAW FIRM

                                  By:  /s/ Ira P. Rothken
8                                         IRA P. ROTHKEN

                                  3 Hamilton Landing Ste 280
                                  Novato, CA 94949
                                  Tel: 415-924-4250
                                  Fax: 415-924-2905
                                  Email: ira@techfirm.com
12 Dated: October 21, 2011         GARDY & NOTIS LLP


                                  By:  /s/ Jennifer Sarnelli
14                                        JENNIFER SARNELLI

                                  560 Sylvan Avenue
16                                Englewood Cliffs, NJ 07632
                                  Tel: 201-567-7377
17                                Fax: 201-567-7337
                                  Email: jsarnelli@gardylaw.com

19 Dated: October 21, 2011         KIRTLAND & PACKARD LLP


                                  By:  /s/ Behram V. Parekh
21                                        BEHRAM V. PAREKH

                                  2361 Rosecrans Avenue, Fourth Floor
23                                El Segundo, CA 90245
                                  Tel: 310-536-1000
24                                Fax: 310-536-1001
                                  Email: bvp@kirtlandpackard.com

JOINT STIPULATION REMOVING CMC FROM CALENDAR; [] ORDER                         1
Case No. 5:10-md-02188-RMW
sf-3061356

| | | |
|---|---|---|
| 1 | Dated: October 21, 2011 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | | By: /s/ Mark Dearman |
| 3 | | MARK DEARMAN |

120 E. Palmetto Road, Suite 500
Boca Raton, FL 33432
Tel: 561-750-3000
Fax: 561-750-3364
Email: sdavidson@rgrdlaw.com

*Interim Co-Lead Class Counsel*

Dated: October 21, 2011      MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
    PENELOPE A. PREOVOLOS

425 Market Street
San Francisco, CA 94105
Tel: 415−268−7187
Fax: 415−268−7522
Email: ppreovolos@mofo.com

*Attorneys for Defendant: APPLE INC.*

I, Penelope A. Preovolos am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
    PENELOPE A. PREOVOLOS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: F€ÐÖï ÐF

*Ronald M. Whyte* (signature)

Hon. Ronald M. Whyte
United States District Judge