UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL DONOHUE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>    v.<br>APPLE, Inc.,<br>                Defendant. | Case No.: 11-CV-5337-LHK<br><br>ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION |

Pursuant to Civil Local Rule 3-12(c), the above captioned matter is hereby referred to the Honorable Ronald M. Whyte for a determination as to whether it is related to: *In re Apple, Inc. iPhone4 Products Liability Litigation*, 10-md-02188-RMW.

**IT IS SO ORDERED.**

January 27, 2012

                                            _Lucy H. Koh_
LUCY H. KOH
United States District Judge