April 11, 2012

Clerk of the Court United States
District Court for the Northern
District of California
San Jose Division
280 South 1st Street
San Jose, CA   95113

Re:   Case #: 5:10-md-02188-RMW

Dear Sirs,

I object to the settlement offer proposed by Apple.

My primary objection is based on the fact that Apple is on its way to becoming a trillion dollar company. Their success is based on their ability to produce quality, high tech products that are state of the art.

We as consumers purchase Apple products at a premium price based on the Apple reputation. That being said, as a consumer we should also expect Apple to stand behind their product. The Apple I-phones beginning retail price is $400.00. Their proposed settlement offer is $15 per phone? I do not believe that is a fair offer.

When I expressed concern with my phone I was told that it was me and that I needed to get use to the phone; "it is not your average phone, it is an Apple". By the time I had convinced the Verizon employee that there was a problem it was too late to receive a different phone. And I never received my rebate as promised.

I believe that Apple should replace all phones with a new version that does not have the defects that our phones had. If they do not want to do that then they should issue a voucher for a new Apple product.

It is time that the working class, stand up to large corporations and have them satisfy their consumers.

Sincerely,


Tonia Johnson 14816 Fowler School Rd Marion, IL 62959
Apple ser#:   C8RG5LATDDP7