PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
STUART C. PLUNKETT (CA SBN 187971)
(SPlunkett@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE iPHONE 4 PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:  All Actions | Case No. 5:10-md-02188-RMW<br><br>**DECLARATION OF NANCY LAXSON-HIGHTON IN SUPPORT OF FINAL SETTLEMENT APPROVAL**<br><br>Date: July 13, 2012<br>Time: 9:00 am<br>Place: Courtroom 6, 4th Floor<br>The Honorable Ronald M. Whyte |

I, Nancy Laxson-Highton, declare and state:

1. I am employed by Apple Inc. in the position of Manager, Legal Specialists. I have personal knowledge of all the matters set forth below, except as to those matters stated on information and belief and, if called upon to do so, I could and would competently testify thereto.

2. Apple is a California corporation with its principal place of business at Cupertino, California.

sf-3134152                                          1

DECLARATION OF N. LAXSON-HIGHTON ISO FINAL SETTLEMENT APPROVAL

3. I identified the registration database, kept in the ordinary course of Apple's business, which contains the names and email addresses of the potential Class Members whose products were registered with Apple. I use the term "potential Class Members" in this declaration because it was not yet known which potential class members would timely and validly request exclusion from the Class. I directed Apple's database personnel to extract from the registration database a list of potential Class Members, i.e., all United States residents who are or were the original owners of an iPhone 4, and provided that list to Kurtzman Carson Consultants. That list contained 18,134,168 records.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on April 18, 2012, at Cupertino, California.

/s/ Nancy Laxson-Highton
Nancy Laxson-Highton