PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE IPHONE 4 PRODUCTS LIABILITY LITIGATION | Case No. 5:10-md-02188-RMW<br><br>**DECLARATION OF PENELOPE A. PREOVOLOS IN SUPPORT OF FINAL SETTLEMENT APPROVAL**<br><br>Date: July 13, 2012<br>Time: 9:00 a.m.<br>Place: Courtroom 6<br>The Honorable Ronald Whyte |

I, Penelope A. Preovolos, declare and state:

1. I am a member of the Bar of the State of California and a partner in the law firm of Morrison & Foerster LLP, attorneys of record for defendant Apple Inc. ("Apple"), in the above-captioned action. I have personal knowledge of the matters set forth below and, if called upon to do so, I could and would competently testify thereto.

2. After the present litigation was filed, the parties agreed to engage in mediation. Prior to commencing mediation, Apple supplied plaintiffs with over 20,000 pages of information about, among other things, the design of the antenna, dropped call rates, antenna testing, sales data, return rates, customer complaints, and advertising.

3.      The parties conducted three full-day structured mediation sessions before the Honorable Daniel Weinstein (ret.) and Catherine Yanni, Esq., of JAMS on June 23, July 13, and August 4, 2011. The parties also engaged in numerous telephonic negotiations.

4.      The parties did not address attorneys' fees until all other material terms of the settlement were agreed upon. The parties negotiated attorney's fee issues only through the mediators; they did not discuss or negotiate fees directly.

5.      On January 24, 2012, the parties met again in person with the mediators to finalize the settlement agreement and exhibits and the settlement was signed that evening.

6.      On February 21, 2012, pursuant to CAFA, Apple sent a Notice of Class Settlement to the U.S. Attorney General and to the attorneys general of every state. The Notice attached copies of the Complaints, the Stipulation of Settlement and all exhibits thereto, and the Court's Preliminary Approval Order. Neither the U.S. Attorney General nor any of the states' attorneys general has objected to the settlement. A true and correct copy of the Notice of Class Settlement is attached as Exhibit A.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on June 1, 2012 at San Francisco, California.

                                              /s/ Penelope A. Preovolos
                                              Penelope A. Preovolos