PRF 46542-1

PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant APPLE INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE iPHONE 4 PRODUCTS LIABILITY LITIGATION | Case No. 5:10-md-02188-RMW<br><br>**DEFENDANT APPLE INC.'S NOTICE OF CLASS SETTLEMENT PURSUANT TO 28 U.S.C. § 1715**<br><br>Judge: Hon. Ronald M. Whyte |

RECEIVED
FEB 24 2012
A. KLESTOFF

1  Defendant Apple Inc. ("Apple"), by its undersigned attorneys, hereby gives notice
2  pursuant to 28 U.S.C. § 1715 of the proposed settlement of the above-captioned action, *In re*
3  *Apple iPhone Products Liability Litigation*. As required by 28 U.S.C. § 1715, Apple states as
4  follows:

5  1.  Between June and September 2010, Plaintiffs filed 15 class action complaints
6  against Apple in the United States District Courts for the Northern District of California, the
7  District of Massachusetts, the District of Maryland, the Middle District of Tennessee, and the
8  Southern District of Texas. These actions were titled *Goodglick v. Apple, Inc.*, et al., Northern
9  District of California Case No. 10-cv-2862; *Benvenisty v. Apple, Inc.*, Northern District of
10 California Case No. 10- cv-2885; *Dydyk v. Apple, Inc.*, Northern District of California Case No.
11 10-cv-2897; *Rodgers v. Apple, Inc.*, Northern District of California Case No. 10-cv-2916; *Popik
12 v. Apple, Inc., et al.*, Northern District of California Case No. 10-cv-2928; *Tietze v. Apple Inc.*,
13 Northern District of California Case No. 10-cv-2929; *Fasano v. Apple, Inc., et al.*, Northern
14 District of California Case No. 10-cv-3010; *Mayo v. Apple, Inc., et al.*, Northern District of
15 California Case No. 10-cv-3017; *Aguilera v. Apple, Inc., et al.*, Northern District of California
16 Case 10-cv-3056; *Milrot v. Apple Inc., et al.*, Northern District of California Case No. 10-cv-
17 4117; *Gionis v. Apple, Inc., et al.*, District of Massachusetts Case No. 10-cv-11110; *McCaffrey v.
18 Apple, Inc., et al.*, District of Maryland Case No. 10-cv-1776; *Purdue v. Apple, Inc., et al.*, Middle
19 District of Tennessee Case No. 10-cv-687; *Nguyen v. Apple, Inc.*, Southern District of Texas Case
20 No. 10-cv-252; and *Noble v. Apple Inc.*, Northern District of California Case No. 10-cv-3957. A
21 sixteenth action, *DeRose v. Apple Inc.*, Southern District of Florida Case No. 10-cv-61502, was
22 originally filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward
23 County, Florida, and removed to the Southern District of Florida. A seventeenth action, *Bensberg
24 v. Apple Inc. et al.*, Central District of California Case No. 10-cv-1146, was originally filed in the
25 in Los Angeles Superior Court, and removed to the Central District of California. These actions
26 were consolidated by the Judicial Panel on Multidistrict Litigation in the Northern District of
27 California pursuant to 28 U.S.C. § 1407. An eighteenth action, *Blackwell v. Apple Inc. et. al.*,
28 Northern District of California Case No. 11-cv-01453, was filed on March 25, 2011, and a

1 nineteenth action, *Magat v. Apple Inc.*, Central District of California Case No. 11-cv-00938, was filed on June 23, 2011. These nineteen actions will be referred to herein as "the Actions." A Master Consolidated Complaint was filed in the Actions on February 7, 2011 (the "Master Complaint"). True and accurate copies of the complaints in the Actions, the Master Complaint, and all materials filed therewith are Exhibit 1 on the enclosed CD.

2. The parties agreed to settle this matter by executing the Stipulation of Settlement that is Exhibit 2 on the enclosed CD. On February 10, 2012, plaintiffs filed the Stipulation of Settlement along with a Notion of Motion and Motion for Preliminary Approval of Class Action Settlement with the Honorable Ronald M. Whyte. On February 17, 2012, the Court granted Plaintiff's Motion for Preliminary Approval of Class Action Settlement. At 9:00 a.m. on July 13, 2012, in Courtroom 6 of the United States District Court for the Northern District of California, San Jose Division, 280 South 1st Street, San Jose, California 95113, the Court will hold a hearing on final approval of the settlement.

3. Apple shall disseminate notice to the settlement class as detailed in Section IV and Exhibits A and B of the Stipulation of Settlement (Exhibit 2 on the enclosed CD). Apple shall e-mail a copy of the Summary Notice of Settlement ("Summary Notice") substantially in the form attached as Exhibit B to the Stipulation of Settlement (Exhibit 2 on the enclosed CD) to all settlement class members for whom Apple has an e-mail address. The Summary Notice will also be published in nationwide publications — *USA Today* and *Macworld*. In addition, the Class Notice and Claim Form substantially in the form attached as Exhibits A and C to the Stipulation of Settlement (Exhibit 2 on the enclosed CD) will be made available via the Internet on a Settlement Website. The Summary Notice will provide recipients with the website address discussing the settlement, a toll-free number to request copies of the Class Notice and Claim Form, and the address of class counsel to whom class members may write for further information. Each form of Notice described in this paragraph informs class members of their rights to request exclusion from the class action.

4. No settlement or agreement other than that reflected in Exhibit 2 on the enclosed CD was contemporaneously made between class counsel and counsel for Apple.

5. At this time, no final judgment has been reached nor has there been any notice of dismissal. The parties have submitted to the Court a proposed Final Judgment and Order Approving Settlement and Dismissing Claims as Exhibit E to the Stipulation of Settlement (Exhibit 2 on the enclosed CD).

6. Due to the number of class members, it is not feasible to provide the names of class members who reside in each state. The parties estimate that approximately 24 million iPhone 4 units subject to the Stipulation of Settlement were sold. A reasonable estimate of the number of class members residing in each state and the proportionate share of the claims of such class members is provided as follows:

| State | Estimated Number of Class Members | Estimated Proportionate Share of Claims |
|---|---|---|
| AK | 100,000 | 0.42% |
| AL | 294,000 | 1.23% |
| AR | 239,000 | 1.00% |
| AZ | 388,000 | 1.62% |
| CA | 3,778,000 | 15.74% |
| CO | 413,000 | 1.72% |
| CT | 368,000 | 1.53% |
| DC | 78,000 | 0.32% |
| DE | 74,000 | 0.31% |
| FL | 1,489,000 | 6.20% |
| GA | 710,000 | 2.96% |
| HI | 137,000 | 0.57% |
| IA | 114,000 | 0.47% |
| ID | 82,000 | 0.34% |
| IL | 909,000 | 3.79% |
| IN | 406,000 | 1.69% |
| KS | 158,000 | 0.66% |
| KY | 291,000 | 1.21% |
| LA | 473,000 | 1.97% |
| MA | 676,000 | 2.82% |
| MD | 490,000 | 2.04% |
| ME | 70,000 | 0.29% |

| | | |
|---|---|---|
| MI | 564,000 | 2.35% |
| MN | 322,000 | 1.34% |
| MO | 368,000 | 1.53% |
| MS | 152,000 | 0.64% |
| MT | 45,000 | 0.19% |
| NC | 554,000 | 2.31% |
| ND | 31,000 | 0.13% |
| NE | 89,000 | 0.37% |
| NH | 98,000 | 0.41% |
| NJ | 903,000 | 3.76% |
| NM | 101,000 | 0.42% |
| NV | 234,000 | 0.98% |
| NY | 1,775,000 | 7.40% |
| OH | 679,000 | 2.83% |
| OK | 319,000 | 1.33% |
| OR | 299,000 | 1.24% |
| PA | 946,000 | 3.94% |
| RI | 80,000 | 0.33% |
| SC | 249,000 | 1.04% |
| SD | 31,000 | 0.13% |
| TN | 412,000 | 1.72% |
| TX | 2,234,000 | 9.31% |
| UT | 191,000 | 0.79% |
| VA | 631,000 | 2.63% |
| VT | 46,000 | 0.19% |
| WA | 545,000 | 2.27% |
| WI | 231,000 | 0.96% |
| WV | 101,000 | 0.42% |
| WY | 31,000 | 0.13% |

7.   Judge Whyte's Order Granting Conditional Certification of a Settlement Class, Approval of Forms and Methods of Notice, and Preliminary Approval of Settlement Agreement and Release is Exhibit 3 on the enclosed CD. At this time, there has been no other judicial opinion relating to the materials described in subparagraphs (3) through (6) of 28 U.S.C. § 1715(b).

8.   The foregoing information is provided based on the data currently available to Apple and on the status of the proceedings at the time of the submission of this notice. Apple

1 | reserves its right to provide updated information concerning the proposed settlement or upon
2 | request.
3 |
4 | Dated: February 21, 2012
5 |
PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
ALEXEI KLESTOFF
MORRISON & FOERSTER LLP

By:    /s/ *Penelope A. Preovolos*
       Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

PRF 46542-2

Kurtzman Carson Consultants, LLC
75 Rowland Way, Suite 250
Novato, CA 94945

*Claims Administrator*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE iPHONE 4 PRODUCTS LIABILITY LITIGATION | Case No. 5:10-md-02188-RMW<br><br>**DEFENDANT APPLE INC.'S CERTIFICATE OF SERVICE BY MAIL**<br><br>Judge: Hon. Ronald M. Whyte |

# CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with Kurtzman Carson Consultants, LLC, whose address is 75 Rowland Way, Novato, California 94945; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Kurtzman Carson Consultants, LLC's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Kurtzman Carson Consultants, LLC's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Kurtzman Carson Consultants, LLC with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**DEFENDANT APPLE INC.'S NOTICE OF CLASS SETTLEMENT PURSUANT TO 28 U.S.C. § 1715**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Kurtzman Carson Consultants, LLC 75 Rowland Way, Novato, California 94945, in accordance with Kurtzman Carson Consultants, LLC's ordinary business practices:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the above is true and correct.

Executed at Novato, California, this 21st day of February, 2012.

| Jeff Gyomber | /s/ Jeff Gyomber |
|---|---|
| (typed) | (signature) |

DEFENDANT'S CERTIFICATE OF SERVICE
CASE NO. C 09-01911 JW              1

## SERVICE LIST

| | |
|---|---|
| Luther Strange<br>Office of the Alabama Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36130 | Michael Geraghty<br>Office of the Alaska Attorney General<br>P.O. Box 110300<br>Diamond Courthouse<br>Juneau, AK 99811-0300 |
| Tom Horne<br>Office of the Arizona Attorney General<br>1275 W. Washington Street<br>Phoenix, AZ 85007 | Dustin McDaniel<br>Arkansas Attorney General Office<br>200 Tower Building<br>323 Center Street<br>Little Rock, AR 72201-2610 |
| CAFA Coordinator<br>Office of the California Attorney General<br>Consumer Law Section<br>110 West "A" Street, Suite 1100<br>San Diego, CA 92186-5266 | John Suthers<br>Office of the Colorado Attorney General<br>1525 Sherman Street<br>Denver, CO 80203 |
| George Jepsen<br>State of Connecticut Attorney General's Office<br>55 Elm Street<br>Hartford, CT 06106 | Joseph R. Biden III<br>Delaware Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 |
| Irvin Nathan<br>District of Columbia Attorney General<br>441 4th Street NW, Suite 1100 S<br>Washington, DC 20001 | Eric H. Holder, Jr.<br>Office of the Attorney General of the United States<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW, Room 4400<br>Washington, DC 20530-0001 |
| Pam Bondi<br>Office of the Attorney General of Florida<br>The Capitol, PL-01<br>Tallahassee, FL 32399-1050 | Sam Olens<br>Office of the Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| David Louie<br>Office of the Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 | Lawrence Wasden<br>State of Idaho Attorney General's Office<br>Statehouse<br>Boise, ID 83720-1000 |
| Lisa Madigan<br>Illinois Attorney General<br>James R. Thompson Center<br>100 W. Randolph Street<br>Chicago, IL 60601 | Greg Zoeller<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, IN 46204 |

| | |
|---|---|
| Tom Miller<br>Iowa Attorney General<br>Hoover State Office Building<br>1305 E. Walnut<br>Des Moines, IA 50319 | Derek Schmidt<br>Kansas Attorney General<br>120 S.W. 10th St.<br>Memorial Hall, 2nd Floor<br>Topeka, KS 66612-1597 |
| Jack Conway<br>Office of the Kentucky Attorney General<br>Capitol Building<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601 | James D. Caldwell<br>Office of the Louisiana Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA 70804 |
| William J. Schneider<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 | Douglas F. Gansler<br>Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| Martha Coakley<br>Office of the Attorney General of Massachusetts<br>One Ashburton Place<br>Boston, MA 02108-1518 | Bill Schuette<br>Office of the Michigan Attorney General<br>P.O. Box 30212<br>525 W. Ottawa Street<br>Lansing, MI 48909-0212 |
| Lori Swanson<br>Minnesota Attorney General's Office<br>State Capitol, Suite 102<br>St Paul, MN 55155 | Jim Hood<br>Mississippi Attorney General's Office<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 37205-0220 |
| Chris Koster<br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High Street<br>Jefferson City, MO 65101 | Steve Bullock<br>Office of the Montana Attorney General<br>Justice Bldg.<br>215 N. Sanders Street<br>Helena, MT 59620-1401 |
| Jon Bruning<br>Office of the Nebraska Attorney General<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | Catherine Cortez Masto<br>Nevada Attorney General<br>Old Supreme Ct. Bldg.<br>100 North Carson Street<br>Carson City, NV 89701 |
| Michael Delaney<br>New Hampshire Attorney General<br>State House Annex<br>33 Capitol Street<br>Concord, NH 03301-6397 | Jeffrey S. Chiesa<br>Office of the New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08625 |
| Gary King<br>Office of the New Mexico Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | Eric Schneiderman<br>Office of the New York Attorney General<br>Department of Law<br>The Capitol, 2nd Floor<br>Albany, NY 12224 |

DEFENDANT'S CERTIFICATE OF SERVICE       3
CASE NO. C 09-01911 JW

| | |
|---|---|
| Roy Cooper<br>Office of the North Carolina Attorney General<br>Department of Justice<br>P.O. Box 629<br>Raleigh, NC  27602-0629 | Wayne Stenehjem<br>State of North Dakota Office of the Attorney General<br>State Capitol<br>600 E. Boulevard Avenue, Dept 125<br>Bismarck, ND  58505-0040 |
| Mike Dewine<br>Ohio Attorney General<br>State Office Tower<br>30 E. Broad Street, 14th Floor<br>Columbus, OH  43266-0410 | Scott Pruitt<br>Oklahoma Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK  73105 |
| John Kroger<br>Office of the Oregon Attorney General<br>Justice Building<br>1162 Court Street, NE<br>Salem, OR  97301 | Linda L. Kelly<br>Pennsylvania Office of the Attorney General<br>1600 Strawberry Square<br>Harrisburg, PA  17120 |
| Peter Kilmartin<br>State of Rhode Island Office of the Attorney General<br>150 South Main Street<br>Providence, RI  02903 | Alan Wilson<br>South Carolina Attorney General<br>Rembert C. Dennis Office Bldg.<br>P.O. Box 11549<br>Columbia, SC  29211-1549 |
| Marty J. Jackley<br>South Dakota Office of the Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD  57501-8501 | Robert E. Cooper, Jr.<br>Tennessee Office of the Attorney General and Reporter<br>425 5th Avenue North<br>Nashville, TN  37243-3400 |
| Greg Abbott<br>Attorney General of Texas<br>Capitol Station<br>P.O. Box 12548<br>Austin, TX  78711-2548 | Mark Shurtleff<br>Utah Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street Suite 230<br>Salt Lake City, UT  84114-2320 |
| William H. Sorrell<br>Office of the Attorney General of Vermont<br>109 State Street<br>Montpelier, VT  05609-1001 | Ken Cuccinelli<br>Office of the Virginia Attorney General<br>900 East Main Street<br>Richmond, VA  23219 |
| Rob McKenna<br>Washington State Office of the Attorney General<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA  98504-0100 | Darrell V. McGraw, Jr.<br>West Virginia Attorney General<br>State Capitol<br>1900 Kanawha Blvd E, Bldg 1 Room E-26<br>Charleston, WV  25305 |

| | |
|---|---|
| 1  2  3 | J.B. Van Hollen<br>Office of the Wisconsin Attorney General<br>State Capitol, Suite 114 E.<br>P.O. Box 7857<br>Madison, WI 53707-7857 | Gregory Phillips<br>Office of the Wyoming Attorney General<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 82002 |
| 4  5  6 | Alexei Klestoff<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | Andrew Muhlbach<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 |
| 7  8 | Penelope Preovolos<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482 | Jeffrey Gyomber<br>Kurtzman Carson Consultants LLC<br>75 Rowland Way, Suite 250<br>Novato, CA 94945 |
| 9  10  11 | Patrick Passarella<br>Kurtzman Carson Consultants LLC<br>75 Rowland Way, Suite 250<br>Novato, CA 94945 | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANT'S CERTIFICATE OF SERVICE    5
CASE NO. C 09-01911 JW