PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE iPHONE 4 PRODUCTS LIABILITY LITIGATION | Case No. 5:10-md-02188-RMW<br><br>**DECLARATION OF SISSIE TWIGGS IN SUPPORT OF FINAL SETTLEMENT APPROVAL**<br><br>Date:   July 13, 2012<br>Time:  9:00 am<br>Place:  Courtroom 6<br>The Honorable Ronald Whyte |

I, Sissie Twiggs, declare and state:

1.  I am the Director, Worldwide Advertising, of Apple Inc.  I have personal knowledge of all the matters set forth below, except as to those matters stated on information and belief and, if called upon to do so, I could and would competently testify thereto.

2.  I arranged for the publication of the Summary Notice of Settlement ("Summary Notice") in the April 2, 2012, edition of *USA Today*.  A true and correct copy of the Summary Notice as published in the April 2, 2012, edition of *USA Today* is attached hereto as Exhibit A.

1    3.   I also arranged for the publication of the Summary Notice in the May 2012
2  edition of *MacWorld*.  A true and correct copy of the Summary Notice as published in
3  *MacWorld* is attached hereto as Exhibit B.  I am informed and believe that the May 2012
4  edition of *MacWorld* went on sale on April 10, 2012.
5       I declare under penalty of perjury under the laws of California that the foregoing is
6  true and correct.
7       Executed on May 25, 2012, at Cupertino, California.
8
9                                          /s/ Sissie Twiggs
                                           Sissie Twiggs
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28