

Michael J. Schulz
4N600 Powis Road
Wayne, IL 60184
T: (630) 258-9472
Email: mjschulz@mjschulz.com

June 14, 2012

Clerk of the Court
United States District Court for
The Northern District of California
San Jose Division
280 South 1st Street
San Jose, CA 95113

*In re Apple iPhone 4 Products Liability Litigation*, Case No. 5:10-md-02188-RMW

Dear Clerk:

My name is Michael J. Schulz, my address is 4N600 Powis Road, Wayne, IL 60184, and my telephone number is (630) 258-9472. My email address is mjschulz@mjschulz.com. The serial numbers for the Iphones I purchased are as follows:

    Serial Nos. 8602287RA4T, 86028GMGA4T and 81035BD7A47

I am the original purchaser and owner of three (3) iPhone 4 phones prior to February 17, 2012.

The settlement is not fair, adequate and reasonable. The defendants and plaintiffs need to prove it is fair, adequate and reasonable and they cannot do so. The claims process to obtain a cash payment of $15 is overly burdensome. The non-cash relief has nothing to do with this settlement – it has been available to iPhone 4 buyers for over a year. This settlement is inadequate.

The attorneys' fee and expense request is excessive measured against the percentage of the recovery or as a lodestar and objection is made on this basis.

Please do not approve this settlement or an award of fees and expenses.

Sincerely,

Michael J. Schulz

cc:    Rick Nelson
Class Member Relations
Robbins Geller Rudman & Dowd, LLP
655 West Broadway, Ste. 1900
San Diego, CA 92101

Penelope A. Preovolos
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

## MEMORANDUM

United States District Court, Southern District of California

---

To: Michael J. Schulz

From: V. Mosqueda, Clerk's Office

Date: June 15, 2012

Re: Letter Received Dated June 14, 2012

---

Please find enclosed your letter submitted to our office dated June 14, 2012. Unfortunately, the letter indicates a case number from a different District Court (5:10-md-02788-RMW). Please feel free to send it to the correct court. Thank you.

Michael J. Schulz
4N600 Powis Road
Wayne, IL 60184
T: (630) 258-9472
Email: mjschulz@mjschulz.com

June 14, 2012

Clerk of the Court
United States District Court for
The Northern District of California
San Jose Division
280 South 1st Street
San Jose, CA 95113

*In re Apple iPhone 4 Products Liability Litigation*, Case No. 5:10-md-02188-RMW

Dear Clerk:

My name is Michael J. Schulz, my address is 4N600 Powis Road, Wayne, IL 60184, and my telephone number is (630) 258-9472. My email address is mjschulz@mjschulz.com. The serial numbers for the Iphones I purchased are as follows:

Serial Nos. 8602287RA4T, 86028GMGA4T and 81035BD7A47

I am the original purchaser and owner of three (3) iPhone 4 phones prior to February 17, 2012.

The settlement is not fair, adequate and reasonable. The defendants and plaintiffs need to prove it is fair, adequate and reasonable and they cannot do so. The claims process to obtain a cash payment of $15 is overly burdensome. The non-cash relief has nothing to do with this settlement – it has been available to iPhone 4 buyers for over a year. This settlement is inadequate.

The attorneys' fee and expense request is excessive measured against the percentage of the recovery or as a lodestar and objection is made on this basis.

Please do not approve this settlement or an award of fees and expenses.

Sincerely,

Michael J. Schulz