ROTHKEN LAW FIRM
IRA P. ROTHKEN (160029)
3 Hamilton Landing, Suite 280
Novato, CA  94949
Telephone:  415/924-4250
415/924-2905 (fax)
ira@techfirm.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
STUART A. DAVIDSON
MARK DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

GARDY & NOTIS, LLP
JENNIFER SARNELLI (242510)
560 Sylvan Avenue, Suite 3085
Englewood Cliffs, NJ  07632
Telephone:  201/567-7377
201/567-7337 (fax)
jsarnelli@gardylaw.com

KIRTLAND & PACKARD LLP
BEHRAM V. PAREKH (180361)
2041 Rosecrans Avenue, Third Floor
El Segundo, CA  90245
Telephone:  310/536-1000
310/536-1001 (fax)
bvp@kirtlandpackard.com

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE APPLE IPHONE 4 PRODUCTS LIABILITY LITIGATION | MDL Docket No. 10-2188 (RMW) |
| THIS DOCUMENT RELATES TO: <br> All Actions | DECLARATION OF IRA P. ROTHKEN IN FURTHER SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND IN RESPONSE TO OBJECTIONS TO THE PROPOSED SETTLEMENT <br><br> DATE: July 13, 2012 <br> TIME: 9:00 A.M. <br> CTRM: 6 - 4th Floor <br> Judge: Hon. Ronald M. Whyte |

I, Ira P. Rothken, hereby declare:

1. I am an attorney at law duly licensed to practice in all of the courts of the state of California, and I am the founder of the Rothken Law Firm, which along with 3 other firms, was appointed Co-Lead Counsel in this class action. The facts set forth herein are of my own personal knowledge. If called to testify I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Honorable Daniel Weinstein, and Catherine Yanni, Esq. in further support of the Final Approval of the proposed Settlement.

3. Attached hereto as Exhibit B are true and correct copies of declarations of the Class Representative in support of final approval of the proposed Settlement.

4. Attached hereto as Exhibit C are true and correct copies of objections not previously docketed in the above captioned action.

5. Attached hereto as Exhibit D is a true and correct copy of a chart created by Co-Lead Counsel detailing the exclusion requests received.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 29th Day of June, 2012.

 __/s/ Ira P. Rothken_____
IRA P. ROTHKEN
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA  94949
Telephone:  (415) 924-4250
Facsimile: (415) 924-2905
ira@techfirm.com

DECLARATION OF IRA P. ROTHKEN IN FURTHER SUPPORT OF MOTION FOR FINAL APPROVAL AND IN RESPONSE TO OBJECTIONS TO THE PROPOSED SETTLEMENT - 2

**Certificate of Service**
**and**
**Declaration Pursuant to General Order No. 45.VI.E**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 30th day of June, 2012, with a copy of this document via the Court's CM/ECF system. I certify that all parties who have appeared in this case are represented by counsel who are CM/ECF participants.

This document was not filed via CM/ECF on the June 29, 2012 due date due solely to such technical failures of the Court's CM/ECF system. Pursuant to **GENERAL ORDER NO. 45.VI.E**, I declare that my failed attempts to file electronically were made at least two times after 12:00 noon separated by at least one hour on June 29, 2012 due to such technical failure.

　　　　　　　　　　　　　/s/Jared R. Smith
　　　　　　　　　　　　　Jared R. Smith

DECLARATION OF IRA P. ROTHKEN IN FURTHER SUPPORT OF MOTION FOR FINAL APPROVAL AND IN RESPONSE TO OBJECTIONS TO THE PROPOSED SETTLEMENT - 3