Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
603 North Highway 101, Suite A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Objector Alison Paul

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLE IPHONE 4 PRODUCTS LIABILITY LITIGATION | Case No. 5:10-md-2188 RMW<br><br>**AMENDED NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

Notice is hereby given that Objector Alison Paul hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Motion for Final Settlement Approval; Granting in Part and Denying in Part Plaintiffs' Request for Attorneys' Fee and Costs [Dkt. No. 66], entered in this action on August 10, 2012.

LAW OFFICES OF DARRELL PALMER

Dated:   September 7, 2012      By: ____/s/ Joseph Darrell Palmer_____
                                            Joseph Darrell Palmer
                                    Attorney for Objector Alison Paul

RULE 3-2 REPRESENTATION STATEMENT

| **Plaintiff**<br><br>**Stacy Milrot** | represented by | **Mark S. Fistos**<br>Aronovitz Trial Lawyers PA<br>6753 Thomsville Road, Suite 108-24<br>Tallahassee, FL 32312<br>Phone: 850-727-0020 / Fax: 850-681-7889<br>Email: mark@pathtojustice.com<br><br>**Cullin Avram O'Brien / Mark Dearman**<br>**Stuart Andrew Davidson**<br>Robbins Geller Rudman & Dowd LLP<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432-4809<br>Phone: 561-750-3000 / Fax: 561-750-3364<br>Email: cobrien@rgrdlaw.com<br>Email: mdearman@rgrdlaw.com<br>Email: sdavidson@rgrdlaw.com<br><br>**Shawn A. Williams**<br>Robbins Geller Rudman & Dowd LLP<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Phone: 415-288-4545 / Fax: 415-288-4534<br>Email: shawnw@rgrdlaw.com<br><br>**Seth Michael Lehrman / Steven R Jaffe**<br>Farmer Jaffe Weissing Edwards Fistos & Lehrman, P.L<br>425 N. Andrews Ave, Suite 2<br>Fort Lauderdale, FL 33301<br>Phone: 954-522-2820 / Fax: 954-524-2822<br>Email: seth@pathtojustice.com<br>Email: steve@pathtojustice.com |
| --- | --- | --- |
| **Plaintiff**<br><br>**A. Todd Mayo** | represented by | **Rosemary Farrales Luzon**<br>Shepherd, Finkelman, Miller & Shah, LLP<br>401 West A Street, Suite 2350<br>San Diego, CA 92101<br>Phone: (619) 235-2416 / Fax: (619) 234-7334<br>Email: rluzon@sfmslaw.com<br><br>**Kevin Peter Roddy**<br>Wilentz Goldman & Spitzer, PA<br>90 Woodbridge Center Drive, Suite 900 Box 10<br>Woodbridge, NJ 07095 |

| | | |
|---|---|---|
| | | Phone: 732-636-8000 / Fax: 732-726-4735<br>Email: mmcguckin@wilentz.com |
| **Plaintiff**<br><br>**David Popik** | represented by | **Michael Louis Kelly / Behram Viraf Parekh**<br>**Heather Marie Baker**<br>Kirtland & Packard LLP<br>2041 Rosecrans Avenue, Third Floor<br>El Segundo, CA 90245-4923<br>Phone: 310-536-1000 / Fax: 310-536-1001<br>Email: mlk@kirtlandpackard.com<br>Email: bvp@kirtlandpackard.com<br>Email: hmp@kirtlandpackard.com |
| **Plaintiff**<br><br>**Charles Fasano** | represented by | **David E Bower**<br>Faruqui and Faruqi LLP<br>10866 Wilshire Boulevard, Suite 1470<br>Los Angeles, CA 90024<br>Phone: 424-256-2884 / Fax: 424-256-4225<br>Email: dbower@faruqilaw.com |
| **Plaintiff**<br><br>**Greg Aguilera, II** | represented by | **John R. Parker , Jr.**<br>Kershaw Cutter & Ratinoff, LLP<br>401 Watt Avenue<br>Sacramento, CA 95864<br>Phone: 916-448-9800 / Fax: 916-669-4499<br>Email: jparker@kcrlegal.com |
| **Plaintiff**<br><br>**Jeffrey Rodgers** | represented by | **Jonathan Shub**<br>Seeger Weiss LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>Phone: 215-564-2300 / Fax: 215-851-8029<br>Email: jshub@seegerweiss.com<br><br>**Christopher A. Seeger / David R. Buchanan**<br>Seeger Weiss LLP<br>77 Water Street, 26th Floor<br>New York, NY 10005<br>Phone: 212-584-0700 / Fax: 212-584-0799<br>Email: cseeger@seegerweiss.com<br>Email: DBuchanan@SeegerWeiss.com |

| | | |
|---|---|---|
| | | **Eric David Freed**<br>Complex Litigation Group<br>111 W Washington Street, Suite 1331<br>Chicago, IL 60602<br>Phone: 312-220-0000 / Fax: 312-220-7777<br>Email: eric@freedweiss.com<br><br>**Howard G. Silverman**<br>Kane and Silverman P.C.<br>2401 Pennsylvania Avenue, Suite 1C-44<br>Philadelphia, PA 19130<br>Phone: 215/232-1000 / Fax: 215/232-0181<br>Email: hgs@palegaladvice.com |
| **Plaintiff**<br><br>**Alan Benvenisty**<br>**Anthony Cologna**<br>**Joy Bearden** | represented by | **Charles A Germershausen / James S. Notis**<br>**Jennifer Sarnelli**<br>Gardy & Notis LLP<br>560 Sylvan Avenue<br>Englewood Cliffs, NJ 07632<br>Phone: 201-567-7377 / Fax: 201-567-7337<br>Email: cgermershausen@gardylaw.com<br>Email: jnotis@gardylaw.com<br>Email: jsarnelli@gardylaw.com<br><br>**Martin Stuart Bakst**<br>Attorney at Law<br>15760 Ventura Blvd, 16th Floor<br>Encino, CA 91436<br>Phone: 818-981-1400 / Fax: 818-981-5550<br>Email: msb@mbakst.com |
| **Plaintiff**<br><br>**Christopher Dydyk** | represented by | **Donna F. Solen**<br>Mason Law Firm-Washington<br>1225 19th Street, NW, Suite 500<br>Washington, DC 20036<br>Phone: 202 429-2290 / Fax: 202 429-2294<br><br>**Gary E. Mason**<br>Whitfield Bryson & Mason LLP<br>1625 Massachusetts Avenue, N.W., Suite 605<br>Washington, DC 20036<br>Phone: 202-429-2290 / Fax: 202-429-2294<br>Email: gmason@wbmllp.com |

| | | |
|---|---|---|
| | | **Michael Francis Ram**<br>Ram, Olson, Cereghino & Kopczynski LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Phone: 415-433-4949 / Fax: 415-433-7311<br>Email: mram@rocklawcal.com<br><br>**William Bruce Rubenstein**<br>1545 Massachusetts Avenue<br>AR323<br>Cambridge, MA 02138<br>Phone: 617-496-7320 / Fax: 617-496-4865<br>Email: rubenstein@law.harvard.edu |
| **Plaintiff**<br><br>**Michael James Goodlick**<br>**Vinny Curbelo**<br>**Karen Young**<br>**Trevor Antunez**<br>**Nicole Stankovitz**<br>**Jaclyn Badolato**<br>**Jessica Lares**<br>**Joshua Gilson**<br>**Jaywill Sands**<br>**Bryan Colver**<br>**Brandon Ellison Reininger** | represented by | **Stuart C. Talley / Curtis Brooks Cutter**<br>**William Alter Kershaw**<br>Kershaw Cutter & Ratinoff LLP<br>401 Watt Avenue<br>Sacramento, CA 95864<br>Phone: 916-448-9800 / Fax: 916-669-4499<br>Email: stalley@kcrlegal.com<br>Email: bcutter@kcrlegal.com<br>Email: wkershaw@kcrlegal.com<br><br>**John R. Parker, Jr.** |
| **Plaintiff**<br><br>**Daniel Donohue** | represented by | **Kathryn S. Diemer**<br>Diemer Whitman & Cardosi, LLP<br>75 East Santa Clara Street, Suite 290<br>San Jose, CA 95113<br>Phone: 408-971-6270 / Fax: 408-971-6271<br>Email: kdiemer@diemerwhitman.com |
| **Defendant**<br><br>**Apple, Inc.** | represented by | **Penelope Athene Preovolos / Andrew David Muhlbach**<br>**Heather A Moser / Stuart Christopher Plunkett**<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Phone: 415-268-7187 / Fax: 415-268-7522<br>Email: ppreovolos@mofo.com |

| | | |
|---|---|---|
| | | Email: amuhlbach@mofo.com<br>Email: hmoser@mofo.com<br>Email: splunkett@mofo.com<br><br>**Francis Augustine Zacherl, III**<br>Shutts & Bowen<br>201 S Biscayne Boulevard, Suite 1500<br>Miami, FL 33131<br>Phone: 305-347-7305 / Fax: 305-347-7705<br>Email: fzacherl@shutts.com |
| **Defendant**<br><br>**AT&T Inc.** | represented by | **Tania Cruz**<br>Squire Sanders & Dempsey LLP<br>200 S Biscayne Boulevard, 40th Floor<br>Miami, FL 33131-2398<br>Phone: 305-577-7011 / Fax: 305-577-7001<br>Email: tcruz@ssd.com |
| **Interested Party**<br><br>**Steve Tietze** | represented by | **Ira P. Rothken**<br>Rothken Law Firm, LLP<br>3 Hamilton Landing, Suite 280<br>Novato, CA 94949-8248<br>Phone: 415 924-4250 / Fax: 415-924-2905<br>Email: ndca@techfirm.com<br><br>**Seth Richard Lesser**<br>Klafter Olsen & Lesser LLP<br>Two International Drive, Suite 350<br>Rye Brook, NY 10573<br>Phone: 914-934-9200 / Fax: 914-934-9220<br>Email: seth@klafterolsen.com |
| **Objectors**<br><br>**Frank Aldridge**<br>**John Davis**<br>**Jenny Dowdy**<br>**Larry Lavine**<br>**Paige Nash**<br>**Katie Sibley**<br>**Warren Sibley**<br>**David Stevens** | Represented by | **Thomas L. Cox, Jr.**<br>The Cox Firm<br>4934 Tremont<br>Dallas, TX 75214<br>Phone: 469-531-3313<br>Email: tcox009@yahoo.com |

| Pro Se Objector | | **Abhishek Tripathi**<br>3365 115th Avenue NE, Apt. 231<br>Bellevue, WA 98004<br>Phone: 408-505-9206 |
|---|---|---|
| **Pro Se Objector** | | **Tonia Johnson**<br>14816 Fowler School Road<br>Marion, IL 62959 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2012, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system.

I further certify that I have mailed the foregoing document by First-Class Mail, postage prepaid, to the non-ECF participants at the mailing addresses listed.


By ___/s/ Joseph Darrell Palmer_____
Joseph Darrell Palmer