FILED

UNITED STATES COURT OF APPEALS

JAN 11 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: APPLE IPHONE 4 PRODUCTS LIABILITY LITIGATION, | No. 12-16994 |
| | D.C. No. 5:10-md-02188-RMW Northern District of California, San Jose |
| STACY MILROT; et al., | |
| Plaintiffs - Appellees, | |
| ALISON PAUL, | ORDER |
| Objector - Appellant, | |
| v. | |
| APPLE, INC. and AT&T INC., | |
| Defendants - Appellees. | |

| | |
|---|---|
| In re: APPLE IPHONE 4 PRODUCTS LIABILITY LITIGATION,<br><br>STACY MILROT; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>MICHAEL J SCHULZ,<br><br>        Objector - Appellant,<br><br> v.<br><br>APPLE, INC.; et al.,<br><br>        Defendants - Appellees. | No. 12-17004<br><br>D.C. No. 5:10-md-02188-RMW<br>Northern District of California,<br>San Jose |
| In re: APPLE IPHONE 4 PRODUCTS LIABILITY LITIGATION,<br><br>STACY MILROT; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>BERT CHAPA,<br><br>        Objector - Appellant,<br><br> v.<br><br>APPLE, INC.; et al.,<br><br>        Defendants - Appellees. | No. 12-17005<br><br>D.C. No. 5:10-md-02188-RMW<br>Northern District of California,<br>San Jose |

The parties' motion to dismiss these appeals is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs, fees, and expenses on appeal.

A copy of this order shall served as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation